UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-23610-Civ-Moreno/Torres

JOSE MONTES DE OCA, individually;
and; others similarly situated,

    Plaintiff,

vs.

GUS MACHADO FORD OF KENDALL,
LLC, a limited liability company; and
GUS MACHADO, individually,

    Defendants.
_____/

## DECLARATION OF VIVIANA LINARES

I, Viviana Linares, being of the age of majority and suffering from no legal disabilities, give the following statement based on my own personal knowledge

1. My name is Viviana Linares. I am the Controller of Gus Machado Ford of Kendall, LLC. I am over 18 years of age and have personal knowledge of the information contained in this declaration.

2. Gus Machado Ford of Kendall, LLC is a limited liability company owned by Gus Machado, Victor Benitez, and Gus Machado Kendall, LLC.

3. Gus Machado Ford of Kendall, LLC is a franchised dealership engaged in the sale and servicing of cars and trucks. It has been in operation only since April 2009.

4. Gus Machado Ford, Inc. is a separately organized corporation which owns a Ford dealership located in Hialeah.

EXHIBIT 1

5. Gus Machado Ford, Inc. is the registered owner of and operates under the fictitious name "Gus Machado Ford." Gus Machado Ford of Kendall, LLC does not own or operate under the "Gus Machado Ford" fictitious name.

6. Although there is some common ownership between Gus Machado Ford of Kendall, LLC and Gus Machado Ford, Inc., each of those companies operates an independent automobile dealership pursuant to separate dealer agreements with Ford Motor Corporation. The day-to-day operations of the sales departments at each company are separately staffed and managed, and those employees perform work only for the particular company by which they are employed, and not for the other company.

7. Gus Machado Ford of Kendall, LLC employs automobile salespersons whose duties include the selling of vehicles to the dealership's customers. They are paid monthly compensation based on their sales during the month. During the time period at issue in this case, Gus Machado Ford of Kendall, LLC paid its automobile salespersons biweekly draws of $600 against their monthly commissions from April 2009 to August 2009, and then weekly draws of $300.00 against their monthly commissions.

8. At the end of the monthly settlement period, Gus Machado Ford of Kendall, LLC calculated each automobile salesperson's monthly compensation, including commission and bonus earnings minus any chargebacks. To the extent that the monthly compensation exceeded the draws paid during the month, the automobile salesperson was paid the difference. To the extent that the monthly compensation was less than the draws paid during the month, the deficit was carried forward to subsequent months, to be recovered by Gus Machado Ford of Kendall, LLC if the salesperson's monthly compensation exceeded the draws paid during a subsequent month.

9. Salespersons at Gus Machado Ford, Inc. have always been paid weekly draws against their monthly compensation, and the pay structures between Gus Machado Ford of Kendall, LLC and Gus Machado Ford, Inc. differ in terms of the bonus and incentive plans used at each.

10. Jose Montes de Oca, as well as Gairy Adams, Miguel Alonso, Luis Carbonell, Michael Kashem, Wilson Madelaire, Hugo Montero-Ojeda, Fernando Munoz, Harold Russell, Jose Touzet, Demetrio Vazquez, Howard Wollaston, and Humberto Suarez only worked for Gus Machado Ford of Kendall, LLC. None of them were employed by Gus Machado Ford, Inc.

I declare under penalty of perjury that the foregoing is true and correct. This Declaration is given under 28 U.S.C. § 1746.

Executed this 4th day of January 2011.

VIVIANA LINARES

3